UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RADIO ONE, INC., a
Delaware corporation,

        Plaintiff,

v.                                Case No. 06-13963

                                Hon. Lawrence P. Zatkoff

ERNEST WOOTEN (a/k/a
JOHN MASON), and DRUM
MAJOR CONSULTING, INC.,
a Michigan corporation,

        Defendants.
_____/
Honigman Miller Schwartz and Cohn LLP
By:    Herschel P. Fink  (P13427)
        Brian D. Wassom (P60381)
Attorneys for Plaintiff
2290 First National Building
Detroit, MI  48226
(313) 465-7400
_____/

## STIPULATED PRELIMINARY INJUNCTION

    The parties having stipulated to the entry of the following order,

    IT IS HEREBY ORDERED that Defendants Ernest Wooten, known professionally as John Mason and Drum Major Consulting Inc., and all persons acting in concert with them or on their behalf (collectively, "Mason"), shall not appear as an announcer or personality on, or perform services in anticipation of such a position, for a radio station within a seventy five (75) mile radius of the transmitter location of any station in the Detroit, Michigan market owned and/or operated by Plaintiff Radio One, Inc. ("Radio One").

    IT IS FURTHER ORDERED THAT Mason shall not solicit Radio One's employees, customers and advertisers, or otherwise interfere in Radio One's relationship with its employees, customers and advertisers.

2

This Order shall remain in effect until such time as this Court holds a hearing on Plaintiff's Motion for Preliminary Injunction.

This is not a final order and does not close the case.


Date:   September 13, 2006                              s/Lawrence P. Zatkoff
                                                        Hon Lawrence P. Zatkoff
                                                        United States District Court Judge

So stipulated:

/s/ Herschel P. Fink                              /s/  Ernest Wooten p/k/a/ John Mason, by consent

Honigman Miller Schwartz and Cohn LLP
By:     Herschel P. Fink  (P13427)
        Brian D. Wassom (P60381)
Attorneys for Plaintiff
2290 First National Building
Detroit, MI  48226
(313) 465-7400

Ernest Wooten p/k/a John Mason, on behalf of himself and for Drum Major Consulting, Inc.

DETROIT.2316702.2